THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD H. EWELL,

    Plaintiff,

    v.

COREY KOLCHARNO,

    Defendant.

: CIVIL ACTION NO. 3:22-CV-1839
: (JUDGE MARIANI)
: (Magistrate Judge Saporito)

## ORDER

AND NOW, THIS 22ND DAY OF DECEMBER 2022, upon review of Magistrate Judge Joseph F. Saporito's Report and Recommendation ("R&R") (Doc.8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 8) is **ADOPTED.**

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B):

3. The Clerk of Court is directed to **CLOSE THIS CASE.**

Robert D. Mariani
United States District Judge